# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NASIM GHEBARI, | |
| Plaintiff, | Case No. 1:19-cv-01218 |
| v. | |
| NATIONAL GAS AND ELECTRIC, LLC, and JOHN DOES 1-10, | Honorable Judge Robert M. Dow, Jr. |
| Defendant. | |

## JOINT STATUS REPORT

Pursuant to this Honorable Court's Case Management Procedures and Honorable Judge Dow's June 12, 2019 minute entry, the Parties submit the following Joint Status Report.

### I. Attorneys of Record

**Marwan R. Daher** (lead attorney)
**Omar T. Sulaiman**
**Alexander J. Taylor**
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue,
Suite 200
Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com
osulaiman@sulaimanlaw.com
ataylor@sulaimanlaw.com
*Counsel for Plaintiff*

**E. King Poor**
**John A. Aramanda**
Quarles & Brady LLP
300 N. LaSalle St.
Suite 4000
Chicago, Illinois 60654
(312) 715-5000
King.Poor@quarles.com
John.Aramanda@quarles.com
*Counsel for Defendant National Gas And Electric, LLC*

### II. Meet and Confer

Counsel for Plaintiff and Defendant have agreed to limited discovery requests. On May 20, 2019, Plaintiff's counsel sent Defendant's counsel an e-mail containing five proposed discovery requests and Defendant has no objection to answering those discovery requests. Defendant has agreed to respond with answers to the questions presented in Plaintiff's counsel's June 18, 2019 e-mail on or before July 5, 2019.

**III.** **Fed. R. Civ. P. 56(d) Affidavit Schedule**

A. Plaintiff requests 21 days from July 5, 2019, up to and including July 26, 2019, to respond to Defendant's Motion for Summary Judgment [Doc # 27] with Plaintiff's FRCP 56(d) Affidavit.

B. Defendant requests 14 days from July 26, 2019, up to and including August 9, 2019, to file a response to Plaintiff's FRCP 56(d) Affidavit.

Dated: June 28, 2019

| | |
|---|---|
| **Nasim Ghebari** | **National Gas And Electric, LLC** |
| */s/ Marwan R. Daher* | */s/ John Aramanda* |
| Sulaiman Law Group, Ltd. | Quarles & Brady LLP |
| 2500 South Highland Avenue, Suite 200 | 300 North LaSalle Street Suite 4000 |
| Lombard, IL 60148 | Chicago, Illinois 60654 |
| 630-537-1770 | (312) 715-5000 |
| mdaher@sulaimanlaw.com | John.Aramanda@quarles.com |