UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Nasim Ghebari

                                      Plaintiff,

v.                                                                          Case No.: 1:19–cv–01218
                                                                            Honorable Robert M. Dow Jr.

National Gas and Electric, LLC, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2019:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. Plaintiff's motion to Deny or Continue Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(d) and Supporting Memorandum [39] is entered and continued. In the event the parties are unable to reach a resolution, Defendants' response shall be filed by 9/5/2019. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.